UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: | BCN#: 17-61402-RBC |
| ROBERT WILLIAM WALLACE AND | Chapter: 13 |
| PATSY A WALLACE | |
|     Debtors | |
| Bank of America, N.A. | |
| or present noteholder, | |
|     Movant/Secured Creditor, | NOTICE OF WITHDRAWAL NOTICE OF DEFAULT |
| v. | |
| ROBERT WILLIAM WALLACE AND | |
| PATSY A WALLACE | |
|     Debtors | |
| and | |
| HERBERT L BESKIN(82) | |
|     Trustee | |
|     Respondents | |

    THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

    1.    The undersigned is counsel of record for Bank of America, N.A., a secured creditor of the above referenced Debtor(s) whose debt is secured by real property.

    2.    The Movant withdraws the Notice of Default filed in the captioned matter on October 3, 2019.

| | |
|---|---|
| October 14, 2019 | /s/ Nicole McKenzie |
| Date | Gregory N. Britto, Esquire |
| | Malcolm B. Savage, III, Esquire |
| | William M. Savage, Esquire |
| | Thomas J. Gartner, Esquire |
| | Mary F. Balthasar Lake, Esquire |
| | Nicole McKenzie, Esquire |

Gregory N. Britto, Esquire VSB #23476
Malcolm B. Savage, III, Esquire VSB #91050
William M. Savage, Esquire VSB #26155
Thomas J. Gartner, Esquire VSB #79340

Mary F. Balthasar Lake, Esquire VSB #34899
Nicole McKenzie, Esquire VSB #93990
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800   17-268126

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2019, I mailed copies of the Foregoing Notice by first class mail to:

John C. Morgan, Jr.
New Day Legal, PLLC
98 Alexandria Pike Suite 10
Warrenton, VA 20186

Herbert L Beskin(82)
PO Box 2103
Charlottesville, VA 22902

Robert William Wallace
13256 BROCK LANE
Culpeper, VA 22701

Patsy A Wallace
13256 BROCK LANE
Culpeper, VA 22701

/s/ Nicole McKenzie
Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800

17-268126